```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CIVIL DOCKET ENTRIES FOR CASE A93-0422--CV (HRH)
                       "USA V ROBERT J. ROWEN"

         Including terminated parties, excluding terminated counsel
```

       Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
      Magistrate Judge:
         Referral Rule:
                Filed: 10/25/93
               Closed: 01/19/94

          Jurisdiction:
         PLF Diversity:
         DEF Diversity:

       Nature of Suit: TAX DISPUTE IRS (26:7401)

                Origin:
                Demand:
            Filing fee:
              Trial by:


Parties of Record:                              Counsel of Record:

PLF 1.1          UNITED STATES OF AMERICA          No counsel found for this party!

DEF 1.1          ROWEN, ROBERT J.                  No counsel found for this party!

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A93-0422--CV (HRH)
                                  "USA V ROBERT J. ROWEN"

                                      For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/25/93
            Closed: 01/19/94

      Jurisdiction:
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: TAX DISPUTE IRS (26:7401)

            Origin:
            Demand:
        Filing fee:
          Trial by:


Document #   Filed      Docket text
--------------------------------------------------------------------------
   18 -   1  10/25/94   Transcript Designation/Order Form.

   19 -   1  06/19/95   Mandate from 9CCA. D.C. Affirmed. cc: cnsl, Judge Holland. 94-35129.
```